✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | Northern District Eastern Division |

| DOCKET NO.<br>25cv661 | DATE FILED<br>1/20/2025 | |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Hong Kong Leyuzhen Technology Co., LTD | The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A Hereto |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHMENT | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>T. BRUTON | (BY) DEPUTY CLERK<br>N. FINLEY | DATE<br>1/21/2025 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit 1

# Rotita14-2021.[Group registration of published photographs.747 photographs. 2021-01-02 to 2021-12-31]

Share

Actions

- **Registration Number / Date** <mark>VA0002382152</mark> / 2023-12-25
- **Type of Work** Visual Material
- **Title**

  Rotita14-2021.[Group registration of published photographs.747 photographs. 2021-01-02 to 2021-12-31]
- **Application Title**
  - o  Rotita14-2021
- **Date of Creation** 2021
- **Copyright Claimant**

  - o  HONGKONG좍EYUZHEN잝ECHNOLOGY잼O.,LIMITED. Address: FLAT/RM A,9/F SILVERCORP INTERNATIONAL TOWER,707-713 NATHAN ROAD, MONGKOK,KOWLOON, HONGKONG., HONGKONG.
- **Authorship on Application**

  - o  HONGKONG좍EYUZHEN잝ECHNOLOGY잼O.,LIMITED, Domicile: Hong Kong; employer for hire; Citizenship: Hong Kong. Authorship: photographs.
- **Description**
  - o  747 photographs :
  - o  Electronic file (eService)
- **Copyright Note**

  C.O. correspondence.

  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

  Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

  Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102(a), and 113.
- **Nation of First Publication**

  United States
- **Publication Date Range**
  - o  2021-01-02 to 2021-12-31
- **Names**

  - o  HONGKONG좍EYUZHEN잝ECHNOLOGY잼O., LIMITED

1

**Rotita17-2021.[Group registration of published photographs.749 photographs. 2021-01-05 to 2021-12-31]**

Share

Actions

- **Registration Number / Date** <mark>VA0002384843</mark> / 2024-03-01
- **Type of Work** Visual Material
- **Title**

  Rotita17-2021.[Group registration of published photographs.749 photographs. 2021-01-05 to 2021-12-31]
- **Application Title**
  - Rotita17-2021
- **Date of Creation** 2021
- **Copyright Claimant**

  - HONGKONG좍EYUZHEN꿜ECHNOLOGY잼O.,LIMITED. Address: FLAT/RM A,9/F SILVERCORP INTERNATIONAL TOWER,707-713 NATHAN ROAD, MONGKOK,KOWLOON, HONGKONG., HONGKONG.
- **Authorship on Application**

  - HONGKONG좍EYUZHEN꿜ECHNOLOGY잼O.,LIMITED, Domicile: Hong Kong; employer for hire; Citizenship: Hong Kong. Authorship: photographs.
- **Description**
  - 749 photographs :
  - Electronic file (eService)
- **Copyright Note**

  C.O. correspondence.

  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

  Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

  Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102(a), and 113.
- **Nation of First Publication**

  United States
- **Publication Date Range**
  - 2021-01-05 to 2021-12-31
- **Names**

  - HONGKONG좍EYUZHEN꿜ECHNOLOGY잼O.,LIMITED