# Exhibit 1

## Rotita14-2021.[Group registration of published photographs.747 photographs. 2021-01-02 to 2021-12-31]

Share
Actions

- **Registration Number / Date** <mark>VA0002382152</mark> / 2023-12-25
- **Type of Work** Visual Material
- **Title**
  Rotita14-2021.[Group registration of published photographs.747 photographs. 2021-01-02 to 2021-12-31]
- **Application Title**
  - Rotita14-2021
- **Date of Creation** 2021
- **Copyright Claimant**
  - HONGKONG좪EYUZHEN좛ECHNOLOGY좸O.,LIMITED. Address: FLAT/RM A,9/F SILVERCORP INTERNATIONAL TOWER,707-713 NATHAN ROAD, MONGKOK,KOWLOON, HONGKONG., HONGKONG.
- **Authorship on Application**
  - HONGKONG좪EYUZHEN좛ECHNOLOGY좸O.,LIMITED, Domicile: Hong Kong; employer for hire; Citizenship: Hong Kong. Authorship: photographs.
- **Description**
  - 747 photographs :
  - Electronic file (eService)
- **Copyright Note**
  C.O. correspondence.
  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
  Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
  Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited photographs only. 17 USC 101, 102(a), and 113.
- **Nation of First Publication**
  United States
- **Publication Date Range**
  - 2021-01-02 to 2021-12-31
- **Names**
  - [HONGKONG좪EYUZHEN좛ECHNOLOGY좸O., LIMITED](#)

1