# Exhibit 2

## Case No. 1:25-cv-00661 Schedule A

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| **VA0002382152** | | |
| 1 | **batelibags** | https://www.amazon.com/sp?ie=UTF8&seller=A3EVJI3ZMGEL1M&asin= |
| 2 | **LMSXCT** | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35DJEA78ZUPWW&asin=B09SLBMVCS&ref_=dp_merchant_link |
| 3 | **Miskely** | https://www.amazon.com/sp?ie=UTF8&seller=A3K54W2NL6KEQ9&asin=B07FCJC1TY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | **QITOHK** | https://www.amazon.com/sp?ie=UTF8&seller=A15GWVGJLUND7U&asin=B0C37DVPJT&ref_=dp_merchant_link |
| 5 | **Secetket-US** | https://www.amazon.com/sp?ie=UTF8&seller=A3ERDG33FBI8OL&asin=B0BZYVGDQ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |