# Exhibit 3

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| **VA0002382152** | | | |
| 1 | **Batelibags** |  | |

**batelibags**
**ASIN Links Associated with Infringing Photo. Rotita First Publication 1/12/2021**

https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K6X73L?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K8199T?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JSYF3T?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5D7QV?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JYCYVM?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K3GPMN?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JTG27F?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JYTRF6?th=1&psc=1

https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5VMCF?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5K8FX?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5KKF8
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JSQ3P9?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JYW2X7?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K42CBR?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K66LSX
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5TTNB?th=1&psc=1

https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5J54F?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K7NXP2?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JC67C8?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JT79JJ?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K45VPN?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K3NTJQ?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1KD3J3W?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JBXVSV?th=1&psc=1

https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K5D7MT?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K1MB3G?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K48Z9G?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JSRTS7?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1K7VCFR?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JTDCZ5?th=1&psc=1
https://www.amazon.com/compulsoryking-Swimdress-Control-Swimsuit-Bathing/dp/B0D1JYCZ3Q?th=1&psc=1

1

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| **VA0002382152** | | | |
| 2 | **LMSXCT** |  | |

**LMSXCT**
**ASIN Links Associated with Infringing Photo. Rotita First Publication 1/4/2021**
https://www.amazon.com/dp/B09SLBMVCS/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B09SLC1T3F/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B09SLC4GK2/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B09SLCJVM2/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0B5WL5MXS/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
**https://www.amazon.com/dp/B0B5WKT12X/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1**
https://www.amazon.com/dp/B0B5WJQZB4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0B5WJJPY2/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0B5WJ8KHN/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
**https://www.amazon.com/dp/B0B5WMXXHR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1**
https://www.amazon.com/dp/B0B5WMGKNW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0B5WK1GQ4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0B5WJ8VPJ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
**https://www.amazon.com/dp/B0B5WHMFPJ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1**
https://www.amazon.com/dp/B0B5WK31WW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| 3 | **Miskely** |  | |

**Miskely**
**ASIN Links Associated with Infringing Photo. Rotita First Publication 4/7/2021**
https://www.amazon.com/dp/B07FCJC1TY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B07FCLTZ1Y/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B07FCJWGRR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B07FCLD6HR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B07FCFBL8Q/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

2

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| | | **VA0002382152** | |
| 4 | QITOHK | | |

**QITOHK**
**ASIN Links Associated with Infringing Photo. Rotita First Publication 1/12/2021**
https://www.amazon.com/Swimsuit-Waisted-Bathing-Womens-Fashion/dp/B0C37DVPJT
https://www.amazon.com/dp/B0C37FTJTB/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FSF6G/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FSY58/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FYPQ8/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37F8PGD/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37D54RK/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37KJWYQ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FDRFN/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

https://www.amazon.com/dp/B0C37CYCCN/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GG2QM/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37H96BR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FZJGM/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37G3Z3L/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37H8ZYR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37HVHVY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37G1RBH/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

https://www.amazon.com/dp/B0C37GSN9J/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GSN9J/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GV558/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37JDTM5/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37HB6Q9/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GQQFF/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37FKFPW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37DZY2N/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

https://www.amazon.com/dp/B0C37H5D8P/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GFXFX/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37DQ4M2/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37HC3LK/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37DL4GJ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37J3C3J/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37GPSF3/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1
https://www.amazon.com/dp/B0C37JS26V/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1

3

4

| No. | Seller's Name | Copyrighted Photo | Infringer's Photo |
|---|---|---|---|
| | | **VA0002382152** | |
| 5 | Secetket-US | | |

**Secetket-US**
**ASIN Links Associated with Infringing Photo Rotita First Publication 3/17/2021**
https://www.amazon.com/dp/B0BZYVGDQ1
https://www.amazon.com/dp/B0BZYW89XT

4